CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAY 14 2008

JOHN F. CORCORAN, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTHONY BOYD, | ) | |
|     Petitioner, | ) | Civil Action No. 7:08cv00289 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TERRY O'BRIEN, | ) | By: Hon. Glen E. Conrad |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that, pursuant to 28 U.S.C. § 2241, the petition for habeas corpus shall be and hereby is **DISMISSED** and this action is hereby stricken from the active docket of the court. Any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 13th day of May, 2008.

/s/ Glen E. Conrad
United States District Judge